UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXANDER LEVIN, M.D.         :
                              :
            Plaintiff,        :
                              :
v.                            :
                              :
ACTION FUNDING, INC. AND      :
DEAN G. WEBER                 :    3:06 MC 161 (JCH)
                              :
            Defendants.       :    June 8, 2002

### REGISTRATION OF FOREIGN JUDGMENT

Pursuant to 28 U.S.C. § 1963, the plaintiff, Alexander Levin hereby registers the attached Final Judgment dated May 16, 2002, issued by the United States District Court for the Eastern District of New York. The time for appeal has passed and no appeal has been filed.

ALEXANDER LEVIN

by: _____
Kellianne Baranowsky ct26684
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------x
ALEXANDER LEVIN, M.D.,
           Plaintiff,

-against-

ACTION FUNDING, INC., and DEAN
G. WEBER,
           Defendants.
--------------------------------x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ MAY 16 2002 ★
LONG ISLAND OFFICE

JUDGMENT

CV 01-1028 (JM)

5/14/02

      A Memorandum and Order of Hon. Jacob Mishler, United States District Judge, having been filed on May 14, 2002, adopting in its entirety, the Report and Recommendation of Magistrate Judge Boyle, dated April 4, 2002; granting plaintiff's motion to strike defendant's answer and enter judgment by default; and directing the Clerk of the Court to enter judgment by default in favor of plaintiff, Alexander Levin, M.D. in the amount of $500,000.00, plus interest in the amount of $451,249.62, for a total sum of $951,249.62 plus interest, and costs in the amount of $250.00, it is

      ORDERED AND ADJUDGED that judgment by default is hereby entered in favor of plaintiff, Alexander Levin, M.D. against defendants, Action Funding, Inc., and Dean G. Weber in the amount of $500,000.00, plus interest in the amount of $451,249.62, for a total sum of $951,249.62 plus interest, and costs in the amount of $250.00.

Dated: Centra[l Islip], New York
       May 16, 2002

A TRUE COPY
ATTEST
DATED 5/15 20 06
R[OBERT] C. HEINEMANN
BY /s/ CLERK
     DEPUTY CLERK

ROBERT C. HEINEMANN
Clerk of the Court

By: /s/
    Deputy Clerk