# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

ALEXANDER LEVIN, M.D.
Plaintiff

V.

ACTION FUNDING, INC. and
DEAN G. WEBER, Defendants

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: 01-CV-1028 (JS)

I, __ROBERT C. HEINEMANN__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __May 16, 2002__, as it appears in the records of this court, and that

* "an appeal was taken from this judgment and the appeal was withdrawn by Stipulation entered on March 06, 2003."

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

__JUNE 21, 2006__
Date

__ROBERT C. HEINEMANN__
Clerk

_Sandra Crime_
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------x
ALEXANDER LEVIN, M.D.,

    Plaintiff,

-against-

ACTION FUNDING, INC., and DEAN G. WEBER,

    Defendants.
--------------------------------x

JUDGMENT

CV 01-1028 (JM)

FILED IN CLERK'S OFFICE U S DISTRICT COURT E.D.N.Y
MAY 16 2002
LONG ISLAND OFFICE

A Memorandum and Order of Hon. Jacob Mishler, United States District Judge, having been filed on May 14, 2002, adopting in its entirety, the Report and Recommendation of Magistrate Judge Boyle, dated April 4, 2002; granting plaintiff's motion to strike defendant's answer and enter judgment by default; and directing the Clerk of the Court to enter judgment by default in favor of plaintiff, Alexander Levin, M.D. in the amount of $500,000.00, plus interest in the amount of $451,249.62, for a total sum of $951,249.62 plus interest, and costs in the amount of $250.00, it is

ORDERED AND ADJUDGED that judgment by default is hereby entered in favor of plaintiff, Alexander Levin, M.D. against defendants, Action Funding, Inc., and Dean G. Weber in the amount of $500,000.00, plus interest in the amount of $451,249.62, for a total sum of $951,249.62 plus interest, and costs in the amount of $250.00.

Dated: Central Islip, New York
      May 16, 2002

ROBERT C. HEINEMANN
Clerk of the Court

By: _____
    Deputy Clerk

A TRUE COPY
ATTEST
DATED 5/15 20 06
ROBERT C. HEINEMANN
CLERK
BY _____ DEPUTY CLERK